AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

RANDALL JOE SELPH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:08CR20042-002
USM Number: 07958-010

James B. Pierce
Defendant's Attorney

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 1 2 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**THE DEFENDANT:**

X plead true to violation of condition(s) __new law violations and general condition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Law Violation | Breaking or Entering and Theft of Property | 06/10/2013 |
| Law Violation | Domestic Battery | 01/29/2013 |
| Law Violation | Obstructing Governmental Operations | 01/29/2013 |
| General | Drug Use- Methamphetamine | 08/14/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-2561

Defendant's Date of Birth: xx-xx-1986

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxx

Fort Smith, AR 72901

Defendant's Mailing Address:

Same as above

February 12, 2015
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

February 12, 2015
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:     RANDALL JOE SELPH
CASE NUMBER:   2:08CR20042-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   **Time served with no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL